CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
DIMITRY CHAPOVSKY, ESQ.; STATE BAR NO.: 242405

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: **cmay@tharpe-howell.com**
E-Mail: **dchapovsky@tharpe-howell.com**

Attorneys for Defendants,
     LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VIRGINIA CABRERA<br><br>                Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; DOES 1 to 20<br><br>                Defendant(s). | Case No.: 2:17-cv-01818-FMO-SS<br>(*Los Angeles County Superior Court Case No. BC616869*)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL [18] PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff VIRGINIA CABRERA is hereby dismissed in its entirety, **with prejudice**.

Dated: January 9, 2018         By:      /s/ Fernando M. Olguin
                                                     U.S. DISTRICT COURT JUDGE

- 1 -
ORDER ON NOTICE OF VOLUNTARY DISMISSAL
CABRERA, VIRGINIA VS. LOWE'S HOME CENTERS, LLC
CASE NO.: 2:17-CV-01818-FMO-SS